Order issued October 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00126-CV

**MEENAKSHI S. PRABHAKAR, M.D. AND
INFECTIOUS DISEASE DOCTORS, P.A., Appellants/Cross-Appellees**

**V.**

**DAVID FRITZGERALD, Appellee/Cross-Appellant**

**On Appeal from the 160th District Court
Dallas County, Texas
Trial Court Cause No. 05-08507-H**

## ORDER

Before the Court is the parties' joint motion to abate the parties' cross appeals to permit proceedings in the trial court to effectuate the parties' settlement agreement. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(C), we **ABATE** the appeal effective October 16, 2012. The appeal will be reinstated upon the filing of a joint motion by the parties to reinstate or on **November 30, 2012**, whichever comes first.

ELIZABETH LANG-MIERS
JUSTICE